# Court of Appeals
## Tenth Appellate District of Texas

10-24-00181-CV

Andrew Spence and Cassie Alexander,
Appellants

v.

Georgia E. Hersom,
Appellee

On appeal from the
County Court at Law No. 2 of Johnson County, Texas
Judge F. Steven McClure, presiding
Trial Court Cause No. CC-C20230567

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Andrew Spence and Cassie Alexander appealed from a *de novo* judgment from the county court at law in an eviction proceeding. The Appellants had appealed an adverse decision from the justice court to the county court at law. Upon request by the Clerk of this Court as to whether or not Appellants were still in possession of the property in question, Appellants have informed this

Court that they are no longer in possession of the property, do not dispute that this appeal is moot, and "do not oppose dismissal of the appeal on that basis."

Chapter 24 of the Texas Property Code grants justice courts "jurisdiction in eviction suits," including suits for forcible entry and detainer and forcible detainer. TEX. PROP. CODE ANN. § 24.004(a). Texas Rule of Civil Procedure 510.3, which governs eviction cases, identifies "the right to actual possession" as the "[o]nly [i]ssue" in an eviction case and specifies that claims "not asserted because of this rule can be brought in a separate suit in a court of proper jurisdiction." TEX. R. CIV. P. 510.3(e).

Accordingly, because Appellants are no longer in possession of the premises in question, we vacate the trial court's judgment and dismiss the case as moot. Appellants' pending motions are also dismissed as moot.

_____
MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED:  April 23, 2026

Before Chief Justice Johnson,
        Justice Smith, and
        Justice Harris
Appeal dismissed;
Judgment vacated;
Motions dismissed
CV06

